SHAKED LAW GROUP, P.C.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL RODRIGUEZ,

                    Plaintiff,      Case No. 1:21-cv-928-FB-CLP

    - against -

ROBLOX CORPORATION,

                    Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Angel Rodriguez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Roblox Corporation. No Answer has been filed in this case.

Dated: Scarsdale, New York
        April 30, 2021

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                            By: */s/Dan Shaked*
                               Dan Shaked, Esq.
                               14 Harwood Court, Suite 415
                               Scarsdale, NY 10583
                               Tel. (917) 373-9128
                               Fax (718) 704-7555
                               e-mail: ShakedLawGroup@Gmail.com